1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10  J & J Sports Productions, Inc.,          CASE NO. 3:14-cv-03924-JST

11              Plaintiff,                    STIPULATION OF DISMISSAL OF
                                              PLAINTIFF'S COMPLAINT AGAINST
12        vs.                                 DEFENDANT AMREEN GURU, individually
                                              and d/b/a PALACE HOOKAH LOUNGE
13  Amreen Guru,

14
15              Defendant.

16

17        IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,

18  INC. and Defendant AMREEN GURU, individually and d/b/a PALACE HOOKAH LOUNGE, that

19  the above-entitled action is hereby dismissed without prejudice against AMREEN GURU,

20  individually and d/b/a PALACE HOOKAH LOUNGE and subject to the Court's jurisdiction to

21  enforce the settlement agreement reached between the Parties.

22        IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

23  motion to reopen this action by May 1, 2015, the dismissal shall be deemed to be with prejudice.

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION OF DISMISSAL
Case No. 3:14-cv-03924-JST
PAGE 1

1   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party

2   referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6   Dated: 4/7/15

7   LAW OFFICES OF THOMAS P. RILEY, P.C.
    By: Thomas P. Riley

8   Attorneys for Plaintiff
    J & J SPORTS PRODUCTIONS, INC.

9

10

11

12

13   Dated:

14   4/7/15
     COLEMAN & HOROWITT, LLP

15   By: Matthew Robert-Pau Nutting, Esquire
     Attorneys for Defendant

16   AMREEN GURU, individually and d/b/a PALACE HOOKAH
     LOUNGE

17

18

19

20

21

22

23   **IT IS SO ORDERED:**

24

25

26                                                   Dated:

27   _____
     **The Honorable Jon S. Tigar**
     **United States District Court**

28   **Northern District of California**


STIPULATION OF DISMISSAL
Case No. 3:14-cv-03924-JST
PAGE 2

## PROOF OF SERVICE (SERVICE BY ELECTRONIC MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 7, 2015, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT AMREEN GURU, individually and d/b/a PALACE HOOKAH LOUNGE**

On all parties in said cause by electronic mailing same to the defendant's counsel at the following email address(es):

Mr. Matthew Robert-Pau Nutting, Esq. (Attorneys for Defendants)
COLEMAN & HOROWITT, LLP
499 West Shaw Ave, Suite 116
Fresno, CA 93704
mnutting@ch-law.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 7, 2015, at South Pasadena, California.

Dated: April 7, 2015

s/Vanessa Ventura
VANESSA VENTURA

STIPULATION OF DISMISSAL
Case No. 3:14-cv-03924-JST
PAGE 3